IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ABBI-JANE LAU,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security ,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-403-wmc

This action came for consideration before the court with District Judge William M. Conely presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g).

_____    1/20/2012
Peter Oppeneer, Clerk of Court    Date