## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ABBI-JANE LAU,

     Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

     Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-403-wmc

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Abbi-Jane Lau against defendant Carolyn W. Colvin awarding plaintiff attorney fees under the 42 U.S.C. § 406(b)(1) in the amount of $6,960.00.

_Peter Oppeneer_

Peter Oppeneer, Clerk of Court

5/29/13

Date