IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ABBI-JANE LAU,

       Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                  Case No. 11-cv-403-wmc

CAROLYN W. COLVIN,
Commissioner of Social Security,

       Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Abbi-Jane Lau against defendant Carolyn W. Colvin awarding plaintiff attorney fees under the 42 U.S.C. § 406(b)(1) in the amount of $6,960.00.

_____        _5/29/13_
Peter Oppeneer, Clerk of Court                 Date