IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ABBI-JANE LAU,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

Case No. 14-cv-403-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered granting counsel's supplemental motion for attorney fees under 42 U.S.C §406(b)(1) in the amount of $4,646.48.

| s/V. Olmo, Deputy Clerk | 12/30/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |